UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jordan Collins,

Petitioner,

v.

Dyanna L. Street, *District Court Judge – Anoka County District Court*,

Respondent.

File No. 26-cv-2870 (ECT/DLM)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on July 20, 2026. ECF No. 10. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The case is **DISMISSED WITHOUT PREJUDICE**;

2. The applications to proceed in forma pauperis of Petitioner Jordan Collins [ECF Nos. 6, 9] are **DENIED**; and

3. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 17, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court